Revision 2007

RECEIVED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_Macon_ DIVISION

2014 JAN 30 PM 12: 03

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

MIDDLE DISTRICT OF GEORGIA
MACON, GEORGIA

George W. Pitts Jr.
#1163050

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Tom Gramiak, Warden,
Walter Berry, D/W Security

(NAME OF EACH DEFENDANT)

Defendant(s)

WRIT OF MANDAMUS

NO. 5:14-CV-043

## I. GENERAL INFORMATION

1. Your full name and prison number  George W. Pitts Jr. #1163050
2. Name and location of prison where you are now confined  Dooly State Prison P.O. Box 750, Unadilla, Georgia 31091-0750
3. Sentence you are now serving (how long?)  Life
   (a) What were you convicted of?  Rape, Kidnapping, Aggravated Assault, and Aggravated Battery
   (b) Name and location of court which imposed sentence  Chattahoochee County Superior Court, Cusseta Georgia
   (c) When was sentence imposed?  May 19th 2004
   (d) Did you appeal your sentence and/or conviction?  ☑ Yes  ☐ No
   (e) What was the result of your appeal?  Vacated in Part/affirmed in Part

   (f) Approximate date your sentence will be completed  N/A

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME</u> <u>FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?    ☐ Yes  ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): ___N/A___

       Defendant(s): ___N/A___

   (b) Name of Court: ___N/A___
   (c) Docket Number: ___N/A___    When did you file this lawsuit? ___N/A___
   (d) Name of judge assigned to case: ___N/A___
   (e) Is this case still pending  ☐ Yes  ☒ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       ___N/A___

6. Have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with <u>facts</u> <u>OTHER</u> <u>THAN</u> those involved in this lawsuit?    ☐ Yes  ☒ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): ___N/A___
       Defendant(s): ___N/A___
   (b) Name of Court: ___N/A___
   (c) Docket Number: ___N/A___    When did you file this lawsuit? ___N/A___

(d) Name of judge assigned to case: __N/A__

(e) Is this case still pending ☐ Yes ☑ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) __N/A__

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT** in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   ☐ Yes   ☑ No

If your answer is Yes, state the name of the court and docket number as to each case:
__N/A__   __N/A__
__N/A__   __N/A__
__N/A__   __N/A__
__N/A__   __N/A__

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? __Dooly State Prison, Unadilla, Georgia__

(a) Does this institution have a grievance procedure? ☑ Yes ☐ No

(b) If your answer to question 9(a) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
☑ Yes   ☐ No

(2) If Yes, what was the result? __Denied__

(3) If No, explain why not: __N/A__

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

"SEE ATTACHMENTS"!

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?  ☐ Yes  ☑ No

   (1) If Yes, to whom did you appeal and what was the result? N/A

   (2) If No, explain why you did not appeal: Repeated denials

10. In what other institutions have you been confined? Give dates of entry and exit.

Valdosta State Prison   2004 - 2008

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Dooly State Prison, P.O. Box 750, Unadilla, Georgia 31091-0750

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Warden Tom Gramiak Warden of Dooly State Prison is directly responsible for for the daily operations of Dooly State Prison. Tom Gramiak is being sued in his individual and official capacity. D/W Walter Berry warden of security at Dooly State Prison. Mr. Berry is responsible for all security issues at Dooly State Prison. Mr. Berry is being sued in his official and indivdual capacity.

Attachments For ▓ 9. (C)

9.(C) -9-27-13 aGreed to drop Grievance when Chief Counselor Barret informed Plantiff in the Presence of Grievance Procedure Counselor Thomas that he would reinstate Plantiff's visitation Privilages on 10-19-13.

- 11-4-13 refiled Informal concern as visitation Privilages were "NOT" restored.

- 11-26-13 ▓ formal ▓▓ Grievance was filed.

- 12-20-13 Formal Grievance was denied by Warden Gramiak stating visitation Privilages were reinstated. The issue no longer exist.

- 1-6-14 Notice was Given to Warden Gramiak that the Grievance request to serve family members in writting that visitation Privileges were restored had "NOT" been completed.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about *occurred*, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? **Dooly State Prison**

WHEN do you allege this incident took place? **July 30th, 2013**

WHAT happened? **On July 30 2013 D/w of security Walter Berry revoked my visitation privileges without just cause which violated my First Amendment Rights under the U.S. and Georgia Constitution.**

**I filed a Grievance 9-25-13 and was Promised that the visitation was Going to be restored on 10-19-13. On 10-19-13 visitation privileges were "NOT" reinstated which led to a second Grievance being filed on 11-4-13 in which we requested for visitation to be restored and that family members were to be notified in writing that Plantiff's visitation Privileges were restored.**

**On 12-20-13 Gramiak stated that Plantiff's visitation privileges were restored but failed to notify Plantiff's family in writing as they did when they wrongfully revoked Plantiff's visitation Privileges.**

ATTACHMENTS FOR 15.

WHEREFORE, Plantiff respectfully Prays that this Court enters Judgement Granting Plantiff;

- A declaration that the acts and Omissions described herein violated Plantiff's rights under the Constitution and Laws of the United States.

- A Preliminary and Permanent injunction ordering defendants Tom Gramiak and Walter Berry to issue written statements to Plantiff's family members notifing them that Plantiff's visitation has been reinstated and that they are encouraged to visit there loved one.

- Punitive damages in the amount of $500 against each defendant.

- Plantiff's cost in this lawsuit.

- Any additional relief this Court deems just, Proper, and equitable.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

N/A

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

"SEE ATTACHMENTS"!

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 26th day of January, 2014.

_____
PLAINTIFF