IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGE W. PITTS, Jr., | : |
| Plaintiff, | : |
| v. | : No. 5:14-cv-43 (MTT) (CHW) |
| Warden TOM GRAMIAK, *et al.*, | : Proceedings under 42 U.S.C. § 1983 |
| Defendants. | : |

**ORDER**

Before the Court is a Motion for Reconsideration filed by Plaintiff, George W. Pitts, Jr., following the dismissal of his Section 1983 action pursuant to 28 U.S.C. § 1915A. (Doc. 9). In his Motion, Plaintiff largely reiterates the factual and legal allegations raised in his original, and unsuccessful, Complaint: he argues that Warden Gramiak and Deputy Warden Berry denied Plaintiff visitation privileges "without just cause" for a five month period.

As indicated in the Court's Order of Dismissal, "[v]isitation privileges are just that, a privilege, not a right." (Doc. 7, p. 5). Absent unusual circumstances not alleged here, the mere temporary denial of visitation privileges does not rise to the level of a First Amendment violation. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration of the Court's Order dismissing Plaintiff's Section 1983 action for failure to state a claim be **DENIED**.

**SO ORDERED**, this 15th day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws